**David M. FINK, Plaintiff—Appellant,**

v.

**Eddie YLST, Warden; et al., Defendants,**

**Ernest Rojo; et al., Defendants,**

**and**

**Bryan Wynn, Sr., aka B.M. Wynn, Defendant—Appellee.**

**No. 06–55014.**

United States Court of Appeals, Ninth Circuit.

Submitted July 22, 2008.*

Filed Aug. 1, 2008.

David M. Fink, Aliso Viejo, CA, pro se.

Cindy S. Lee, Esquire, Jin S. Choi, Esquire, Lawrence Beach Allen & Choi, PC, Glendale, CA, Bryan Wynn, Sr., Moreno Valley, CA, for Defendants.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: B. FLETCHER, THOMAS, and WARDLAW, Circuit Judges.

MEMORANDUM **

David M. Fink appeals pro se the district court's order denying his "Application for Order for Service of Process by the Sheriff and/or Registered Process Server." We have jurisdiction pursuant to 28 U.S.C. § 1291. We affirm.

Fink sought a writ of execution, which the district court properly issued. *See* Fed.R.Civ.P. 69(a)(1); *Hilao v. Estate of Marcos,* 95 F.3d 848, 854 (9th Cir.1996). Fink argues that the writ of execution forms should be amended to make them "self-executing orders." Fink fails to show any reason why he, unlike other successful litigants, is entitled to a special form of writ of execution to recover his money judgment.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

